CERTIFIED COPY OF RESOLUTIONS ADOPTED
BY THE BOARD OF DIRECTORS OF
HONG INVESTMENTS, LLC

The undersigned, Members and Manager, of Hong Investments, LLC (the "Company"), do hereby certify that the following resolutions were adopted by the Members and Manager of the Company and that such resolutions have not been amended or rescinded and are now in full force and effect:

RESOLVED, that the filing by the Company of a petition for relief under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Northern District of Georgia is hereby APPROVED;

FURTHER RESOLVED, that the officers of the Company are authorized and directed to file on behalf of the Company a petition for relief under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Northern District of Georgia;

FURTHER RESOLVED, that the officers of the Company be, and each of them hereby is, authorized to retain on behalf of the Company the law firm of Jones & Walden, LLC, and other counsel as they see fit, to render legal services to, and to represent the Company in connection therewith, on such terms as such officer or officers shall approve;

FURTHER RESOLVED, that the law firm of Jones & Walden, LLC is authorized and shall take direction from Seong Hoon Hong;

FURTHER RESOLVED, that the officers of the Company be, and each of them hereby is, authorized and directed to take any and all such further action and to execute and deliver any and all such further instruments and documents and to pay all such expenses, in the case as in his, her, or their judgment shall be necessary or desirable to fully carry out the intent and accomplish the purposes of the resolutions adopted hereby; and

FURTHER RESOLVED, that all acts lawfully done or actions lawfully taken by any officer or officers of the Company in connection with the reorganization of the Company or any matter related thereto or by virtue of these resolutions is hereby in all respects ratified, confirmed and approved.

WITNESS my hand and the seal of the Company effective this 31st day of July, 2013.

Hong Investments, LLC

By: Seong Hoon Hong, Manager

Approved and Accepted:

By: Johnny Choi Lam Liu, Member
Date:

Approved and Accepted:

By: Yu Hwa Li, Member
Date:

Approved and Accepted:

_____
By: Vyna Yuen-Na Liu, Member
Date:

Approved and Accepted:

_____
By: Ling May Chlu, Member
Date:

Approved and Accepted:

_____
By: Hae Ryung Hong, Member
Date: